■ MONROE PAPER BOX CO., INC., v. HARRISON-BLAINE, INC.— Motion to dispense with printing and for a stay denied in all respects. Concur — Botein, P. J., Breitel, Rabin, McNally and Eager, JJ.

■ In the Matter of LOPEZ CAPO, etc. v. FLORENCE KELLEY.— Motion for an enlargement of time granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before May 1, 1962, with notice of argument for the June 1962 Term of this court, said appeal to be argued or submitted when reached. If the appellant fails to comply with the conditions imposed, respondents may enter an order dismissing the appeal without notice to the appellant. Concur — Breitel, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ In the Matter of GUIDO MOLINO et al. v. THEODORE H. LANG et al.— Motion for leave to file a brief as *amicus curiæ* granted insofar as to permit movants to file such brief on or before April 23, 1962. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

■ In the Matter of HENRY A. ACOSTA et al. v. THEODORE H. LANG et al.— Motion for leave to file a brief as *amicus curiæ* granted insofar as to permit movants to file such brief on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

### (April 20, 1962)

■ BERRY BAKER v. STEPHEN BAKER.— Motion for a stay granted on condition that the defendant make weekly support payments at the rate of $120 per week during the pendency of the appeal, and upon the further condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before April 23, 1962, with notice of argument for May 1, 1962, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before April 27, 1962. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.